IN THE MATTER OF THE APPLICATION OF JAMES I. HARDMAN FOR A WRIT OF *HABEAS CORPUS.*

Submitted May 11, 1953—Decided May 25, 1953.

*Mr. James I. Hardman, in propria persona,* for the appellant.

*Mr. Eugene T. Urbaniak (Mr. Theodore D. Parsons,* Attorney-General), for the respondent.

PER CURIAM. We concur in the reasoning and result of the court below. The judgment is affirmed.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, WACHENFELD, JACOBS and BRENNAN—5.

*For reversal*—None.